# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLANE LEE SMITH,<br><br>　　　　Defendant. | Case No.: 5:20-mj-00033-JLT<br><br>ORDER DISMISSING CHARGES; ORDER TO TRANSFER DEFENDANT BLANE LEE SMITH TO THE BUREAU OF PRISONS |

On December 3, 2020, in open court, the government moved to dismiss all charges brought against defendant Blane Lee Smith in this action. The Court granted the motion and the defendant remained detained as previously ordered and sentenced. Accordingly, the Court **ORDERS** that defendant Blane Lee Smith **SHALL** be returned to the Bureau of Prisons to complete his sentence as imposed by the District of Colorado.

IT IS SO ORDERED.

　　Dated: **January 11, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1